IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -7 P 4: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. _____ |
| | ) (18 U.S.C. 641) |
| TONYA L PURCELL | ) |
| | ) 2:06cr77-VPM |
| | ) |
| | ) **INFORMATION** |

The United States Attorney charges:

## COUNT

On or about the 9th day of December 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **TONYA L PURCELL** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*[signature]*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| **STATE OF AMERICA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

I, ROBERT SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 9 December 2005, via closed circuit video monitors, I observed TONYA L PURCELL place two pendants and place them on two necklaces. PURCELL then placed a 75% off sticker on a ultra 11 memory chip. PURCELL paid the marked down price on the memory chip and paid for the two necklaces but not the two pendants that she had hung from them. PURCELL then left the store. I detained her in the lobby and escorted her to the manager's office. Security forces responded. The original price of the memory chip was $69.00 and the price of the two pendants was $7.95 each.

_Robert G Smith_
ROBERT SMITH

Subscribed and sworn to before me this __8__ day of __February__, 2006.

_[signature]_
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 20, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS