| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 5/16/06 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:40 - 10:43 |
| | COURT REPORTER: |

√ ARRAIGNMENT    ❏ CHANGE OF PLEA    ❏ CONSENT PLEA
❏ RULE 44(c) HEARING    ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** <u>Vanzetta Penn McPherson</u>    **DEPUTY CLERK:** <u>Wanda A. Robinson</u>
**CASE NUMBER:** 2:06cr77-VPM    **DEFENDANT NAME:** Tonya Purcell
**AUSA:** Capt. Neal B. Frazier    **DEFENDANT ATTORNEY:** Patricia Kemp
Type counsel ( )Waived; ( )Retained; ( )CJA; (√ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ **FINACIAL AFFIDAVIT EXECUTED.**   √ <u>ORAL MOTION FOR APPT OF COUNSEL</u>
√ <u>ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED</u>
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    √ Not Guilty            ❏ Nol Contendere
❏ Not Guilty by reason of insanity
❏ Guilty as to:
   ❏ Count(s):
   ❏ Count(s):            ❏ dismissed on oral motion of USA
                          ❏ to be dismissed at sentencing

❏ Written plea agreement filed    ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicationg Defendant Guilty as to Count
√ **MISDEMEANOR CRIMINAL TRIAL TERM:** 7/17/06 @ 10:00 a.m.
√ **DISCOVERY DISCLOSURE DATE:** 5/16/06
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❏ Posting a $_____ bond;
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
   ❏ Defendant requests time to secure new counsel
√❏ WAIVER of Speedy Trial.            CONSENT DATE: 7/10/06